MARIA FREDERICKS, Respondent, *v.* ALEXANDER V. DAVIDSON, Sheriff, etc., Appellant.

(Argued December 2, 1889; decided December 17, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made June 8, 1886, which reversed a judgment in favor of defendant entered upon a verdict and ordered a new trial.

*Wales F. Severance* for appellant.

*Francis B. Chedsey* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed and judgment absolute for the respondent on stipulation.